UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRENCE MCCREA,

    Plaintiff,

  v.

J. BENEFIELD, et al.,

    Defendants.

Case No. 17-cv-01041-MEJ (PR)

**ORDER OF DISMISSAL**

Pursuant to Plaintiff's notice of voluntary dismissal (dkt. no. 5), this case is DISMISSED without prejudice.  See Fed. R. Civ. P. 41(a).

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: March 27, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge